UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

LEE R. PELCHER
D/B/A LRP BUILDERS, LLC,

      Plaintiff,

vs.

CITY OF MIAMI, and
PENN/CENTRAL CORPORATION
D/B/A/ PENN CREDIT

      Defendants.
_____/

## NOTICE OF REMOVAL

The Defendant, CITY OF MIAMI (hereinafter the "CITY"), by and through its undersigned attorney, pursuant to 28 U.S.C. Section 1441, *et seq.*, hereby give notice of the removal of this cause by the filing and service of this NOTICE, and states:

1. On December 18, 2012, Plaintiff, LEE R. PELCHER D/B/A LRP BUILDERS, LLC, (hereinafter "PELCHER"), filed a COMPLAINT in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, bearing Case No.: 12-49068 CA 25 (see COMPLAINT attached as Exhibit "A"), against:

    a. The CITY OF MIAMI, FLORIDA, a Florida municipality and political subdivision of the State of Florida; and

    b. PENN/CENTRAL CORPORATION D/B/A PENN CREDIT, a foreign corporation authorized by the Secretary of State to conduct business in the State of Florida.

NOTICE OF REMOVAL
CASE NO.:

2. The COMPLAINT was served on the CITY on January 16, 2013 (see SUMMONS attached as Exhibit "B").

3. The filing of the COMPLAINT was the first receipt by this Defendant of a pleading from which it could first be ascertained that the case is one which is or has become removable, as it sets forth a purported claim for relief under federal law, for purposes of 28 U.S.C. Section 1446(b).

4. The allegations of the COMPLAINT attempt to allege a claim arising under the Constitution and laws of the United States, i.e., 15 U.S.C. Section 1681(e).

5. Copies of all process and pleadings served upon the CITY in the action being removed are attached hereto in compliance with 28 U.S.C. Section 1441(a) (see copy of CLERK'S DOCKET SHEET from the State Circuit Court, Case No.: 2012-49068 CA 01 attached as Exhibit "C").

6. As of the date of the filing of this NOTICE, no other party has been served with the COMPLAINT.

JULIE O. BRU, City Attorney
HENRY J. HUNNEFELD, Assistant City Attorney
Attorney for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Primary Email:  jlarango@miamigov.com
Secondary Email:  Yillescas@miamigov.com

By:s/Henry J. Hunnefeld
    Henry J. Hunnefeld, Assistant City Attorney
    Florida Bar No. 343811

NOTICE OF REMOVAL
CASE NO.:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to those individuals on the attached Service List by e-mail and U.S. Mail this _12_ day of _February_.

By: s/Henry J. Hunnefeld
Henry J. Hunnefeld, Assistant City Attorney
Florida Bar No. 343811

364474

NOTICE OF REMOVAL
CASE NO.:

## SERVICE LIST

**Jonathan I. Rotstein, Esq.**
Law Offices of Rotstein & Shiffman, LLP
309 Oakridge Boulevard, Suite B
Daytona Beach, Florida 32118
Tel.: (386) 252-5560
Fax: (386) 238-6999
Florida Bar No. 0909580
Attorney for Plaintiff

JOSE L. ARANGO, Assistant City Attorney
Attorney for **CITY OF MIAMI**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Primary Email: jlarango@miamigov.com
Secondary Email: Yillescas@miamigov.com